JOSEPH ZANZONICO, PLAINTIFF-APPELLANT, v. MICHAEL ZANZONICO, INDIVIDUALLY, AND AS EXECUTOR OF THE LAST WILL AND TESTAMENT OF ANTONIO ZANZONICO, AND CARMELA ZANZONICO, AND T. R. REALTY COMPANY, INTERVENOR, DEFENDANTS-RESPONDENTS.

Argued May 23, 1949—Decided June 6, 1949.

312

314

*Mr. Frank B. Bozza* argued the cause for the appellant.

*Mr. Arthur J. Connelly* argued the cause for the respondents Michael Zanzonico and T. R. Realty Company.

*Mr. Ward J. Herbert (Messrs. McCarter, English & Sluder,* attorneys) argued the cause for the respondent Carmela Zanzonico.

PER CURIAM. The decree under review is affirmed for the reasons expressed in the opinion of Vice-Chancellor Bigelow.

*For affirmance*—Chief Justice VANDERBILT, and Justices CASE, HEHER, BURLING and ACKERSON—5.

*For reversal*—None.